UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ADAM WISNIEWSKI,<br><br>                Defendant. | CASE NO. 2:22-cr-00211-LK<br><br>ORDER GRANTING STIPULATED MOTION TO WITHDRAW GUILTY PLEA |

       This matter comes before the Court on the parties' Stipulated Motion to Withdraw Guilty Plea requesting to allow Defendant Adam Wisniewski to withdraw his plea of guilty. Dkt. No. 214. Having reviewed the motion and the balance of the record, the Court finds that the parties have shown a fair and just reason why Mr. Wisniewski should be allowed to withdraw his guilty plea under Federal Rule of Criminal Procedure 11(d)(2)(B).

       The Court therefore GRANTS the stipulated motion, Dkt. No. 214, and ORDERS that the Plea Agreement, Dkt. No. 177, entered by Mr. Wisniewski on December 1, 2023—and accepted by the Court on December 18, 2023, Dkt. No. 192—is hereby WITHDRAWN and the February 21, 2024 sentencing hearing, Dkt. No. 175, is STRICKEN.

ORDER GRANTING STIPULATED MOTION TO WITHDRAW GUILTY PLEA - 1

1       Trial is set for March 25, 2024, and pretrial motions are due February 20, 2024. The Government is directed to notify the Court if a different trial date is required pursuant to the Speedy Trial Act.

      Dated this 31st day of January, 2024.

*[signature]*

Lauren King
United States District Judge